IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KEVIN LOADER,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | CV 15-38-H-JTJ<br><br>**ORDER** |

The Ninth Circuit Court of Appeals filed its Memorandum on January 24, 2018, which remands this case back to this Court for further action.

In accordance with the Ninth Circuit's Memorandum, it is hereby

**ORDERED:**

This case is **REMANDED** to the Commissioner of Social Security for further proceedings. On remand, the Administrative Law Judge is directed to re-assess Mr. Loader's residual functional capacity (RFC), including all of Mr.

1

Loader's relevant medically determinable impairments, both physical and mental, and to re-assess its Steps 4 and 5 conclusions in light of the complete RFC.

DATED this 25th day of January, 2018.

John Johnston
United States Magistrate Judge